**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     WINFRED HOLT             : CHAPTER 13
:
:
:
DEBTOR               : BANKRUPTCY NO. 24-13161

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

    I, Zachary Perlick, Esquire, hereby certify that no answer or objection has been filed by Cascade Funding Mortgage Trust HB13 to the Motion to Reconsider and Vacate the Court's Order of May 13, 2025. The deadline for filing an objection or other response was June 2, 2025. I therefore request that the court enter the Order accompanying said Motion.

                                        BY    /s/ Zachary Perlick
                                                    Zachary Perlick, Esquire
                                                    1420 Walnut Street, Suite 718
                                                    Philadelphia, PA  19102
                                                    (215) 569-2922